# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL LEVENSON, | ) |
| Plaintiff, | ) Civil Action No. 05-1639 |
| v. | ) Chief Judge Ambrose |
| | ) Magistrate Judge Caiazza |
| OXFORD GLOBAL RESOURCES, INC., | ) |
| Defendant. | ) |

## MEMORANDUM ORDER

On December 6, 2005, this case was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(1)(A) and (B), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

On November 5, 2007, the magistrate judge issued a Report (Doc. 58) recommending that the Defendant's Motion for Summary Judgment (Doc. 34) be denied regarding the Plaintiff's defamation claim, but granted in all other respects.

Service of the Report and Recommendation was made on the parties, and the Defendant filed objections on November 21, 2007. See Doc. 59.

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and the objections thereto, the following Order is entered:

AND NOW, on this \_\_\_11th\_\_\_ day of \_\_\_Dec_____, 2007, IT IS HEREBY ORDERED that the Defendant's Motion for Summary Judgment (**Doc. 34**) is **DENIED** regarding the Plaintiff's defamation claim, but **GRANTED** in all other respects.

The Report and Recommendation of Magistrate Judge Caiazza dated November 5, 2007 is adopted as the opinion of the District Court.

*Donetta W. Ambrose*
Donetta W. Ambrose
Chief United States District Judge

cc:

Timothy P. O'Brien, Esq.
Walter P. DeForest, Esq.
Jacqueline A. Koscelnik, Esq.